# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC., <br><br> Plaintiff, <br><br> v. <br><br> LEI CHENG and HONG SHENG GROUP, INC. <br><br> Defendant. | Case No.: 2:24-cv-00807-JLS (RAO) <br><br> **JUDGMENT** |

    Having granted Plaintiff A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC.'s motion for default judgment (Doc. 30), IT IS ORDERED AND ADJUDGED that judgment in this matter be entered in favor of Plaintiff A-ONE COMMERCIAL INSURANCE RISK RETENTION GROUP, INC., and against Defendant Hong Sheng Group, Inc. and Defendant Lei Cheng as follows:

1. On the first claim for relief, for a declaration that A-ONE is entitled to judgment that Policy Number A-ONE2020-1413, issued to Defendant Hong Sheng, effective 09/19/2020 to 09/19/2021, does not owe an obligation to defend Hong Sheng or any defendant in the Underlying Action.

2. On the second claim for relief, for a declaration that A-ONE is entitled to judgment that Policy Number A-ONE2020-1413, issued to Defendant Hong Sheng, effective 09/19/2020 to 09/19/2021, does not owe an obligation to indemnify Hong Sheng or any defendant in the Underlying Action.

3. On the third claim for relief for recoupment, for a declaration that A-ONE is entitled to recover from Defendant Hong Sheng Group, Inc. the amount of $8,261.89 that A-ONE has incurred in the defense of Defendant Hong Sheng Group, Inc. in the underlying *Lei Cheng* action against Hong Sheng Group, Inc. and Tengfei Yang in Los Angeles County Superior Court.

4. Plaintiff may apply to the Clerk to tax eligible costs. *See* L.R. 54.

Dated: July 14, 2024

_____
HON. JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE